NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

UNITED SERVICES AUTOMOBILE
ASSOCIATION,

        Appellant,

v.

COURTNEY CLARK,

        Appellee.
_____

Case No. 2D18-4726

Opinion filed November 13, 2019.

Appeal from the Circuit Court for
Sarasota County; Hunter W. Carroll,
Judge.

Kevin D. Franz of Boyd & Jenerette, P.A.,
Boca Raton; Kristen M. Van Der Linde of
Boyd & Jenerette, P.A., Jacksonville; and
Kansas R. Gooden of Boyd & Jenerette,
P.A., Miami, for Appellant.

George A. Vaka and Nancy A. Lauten of
Vaka Law Group, P.L., Tampa, for
Appellee.


PER CURIAM.


        Affirmed.


NORTHCUTT, CASANUEVA, and BADALAMENTI, JJ., Concur.